1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8
9   Nasser and Nancy Bashiri (pro se)    )   No.  CV 07-2268-PHX-JAT
                                         )
10           Plaintiff,                  )   **STANDARD CIVIL TRACK INITIAL**
                                         )   **ORDER**
11   vs.                                 )
                                         )
12   Vincent Sadler, et al.,             )
                Defendants.              )
13                                       )
                                         )
14   _____     )
15
16       Pursuant to the mandate of the Differentiated Case Management system set forth in
17   Rule 2.12 of the Rules of Practice of the United States District Court for the District of
18   Arizona [hereinafter the "Local Rules"], this action, commenced on November 21, 2007, is
19   designated a **STANDARD TRACK** case.  Accordingly,
20       **IT IS ORDERED**, if not already accomplished prior to the date of this Order, that
21   Plaintiff(s) shall effect service of the Complaint and Summons upon all Defendants **no later**
22   **than 120 days** after the filing of the Complaint.  This shall serve as notice to the Plaintiff
23   under Rule 4(m) of the Federal Rules of Civil Procedure that the Court shall dismiss this
24   action without further notice to the Plaintiff with respect to any Defendant named in the
25   Complaint that is not served in accordance with Rule 4 of the Federal Rules of Civil
26   Procedure within that 120 day period.
27
28

1 **IT IS FURTHER ORDERED** that, once service is accomplished upon the Defendant(s) in accordance with Rule 4, <u>counsel for the Plaintiff(s) (or pro se Plaintiff) shall notify the Court in writing when the parties are prepared for a Preliminary Pretrial Conference</u> in accordance with Rule 16(b) of the Federal Rules of Civil Procedure. The Court expects notification as soon as possible and practicable.

**IT IS FURTHER ORDERED** that, <u>upon receipt of notice</u> that the parties are prepared for a Rule 16 Preliminary Pretrial Conference, the Court will issue a separate Order which sets the time and date for the Preliminary Pretrial Conference. Because this Court requires a filing that is broader and more detailed than that proposed in a "Form 35 Report of Parties' Planning Meeting," the Order setting the Rule 16 Preliminary Pretrial Conference will also instruct the parties regarding the specific contents the Court expects in their Proposed Case Management Plan.

**IT IS FURTHER ORDERED** that full compliance with Rule 26(f) is expected prior to the date of the Rule 16 Pretrial Conference.

**IT IS FURTHER ORDERED** that to satisfy the requirements of Federal Rule of Civil Procedure 26(a) the parties shall file with the Clerk of the Court a <u>Notice of Initial Disclosure</u>; copies of the actual disclosures shall therefore not be filed.

**IT IS FURTHER ORDERED** that, absent Court approval, no party may seek discovery from any source before the parties have met and conferred as required by Rule 26(f). Fed. R. Civ. P. 26(d).

**THE PARTIES ARE CAUTIONED that it is the practice of this Court to not extend the Dispositive Motion Deadline beyond the two year anniversary of the case being filed in or removed to Federal Court, nor to allow the Discovery Cut-Off to extend beyond 30 days before the Dispositive Motion Deadline.** Accordingly, delays in effectuating service of process, delays in seeking a Rule 16 Scheduling Conference, the filing of or pendency of motions, settlement discussions or mediation, etc, will not be considered as justification to exceed the above referenced two year deadline. Furthermore, it is the practice of this court to wait until the Final Pretrial Conference to set the trial date.

1  For this reason the Court will set deadlines at the Rule 16 Scheduling Conference for filing
2  motions to amend the pleadings. The parties are admonished that "there is no trial date set"
3  will not be an excuse for late motions to amend the pleadings, failing to complete discovery,
4  or other requests for extensions of deadlines.
5      **IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant(s) with a copy of
6  this Order.
7      DATED this 27th day of November, 2007.

                */s/ James A. Teilborg*
                James A. Teilborg
                United States District Judge