FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 2 6 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ B DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasser Bashiri, Nancy Bashiri, Husband and wife ) ) ) | **Judge James A. Teilborg** |
| ) | **No. CV 07-2268-PHX-JAT** |
| Plaintiffs, ) ) ) | |
| vs. ) ) ) | |
| Vincent Sadler, et al., ) | |

## NOTICE OF SERVICE OF SUMMONS

Summons were served in this case via UPS Next Day Air, Tracking Number 1Z 135 42T 01 9309 606 9, delivered on Tuesday, December 4, 2007 at 8:57 a.m. to Schwartz Cooper Chartered, Defendant, at the following address:

Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle St.
Suite 2700
Chicago, Illinois  60601-2709
(312) 346-1300

The shipment information and tracking information is attached showing the package was signed for by "Kerber" at the aforementioned location.

Dated:  December 10, 2007        Respectfully submitted,

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri
7222 E. Gainey Ranch Rd.
Unit 238
Scottsdale, AZ  85258



Home | About UPS | Contact UPS | Welcome Center | Site Guide



UPS United States

**Shipping** | Tracking | Freight | Locations | Support | Business Solutions

Welcome, Nancy Bashiri | Logout

My UPS | Address Book

### Shipping

- Create a Shipment
- View History or Void Shipment
- Set Preferences
- Create A Return
- Calculate Time and Cost
- Schedule a Pickup
- Use International Tools
- Get UPS Labels, Paks, and More
- Open a UPS Account
- Help

## Create A Shipment

**Package** | Freight | International Forms

### Shipment Details

Below are the details for the shipment you selected in History.

**Address Information**

| Ship To: | Shipper: | Ship From: |
|---|---|---|
| SCHWARTZ COOPER CHARTERED | NANCY BASHIRI | NANCY BASHIRI |
| RICHARD T. REIBMAN | 5017622828 | 5017622828 |
| 3123461300 | 7222 E. GAINEY RANCH RD. | 7222 E. GAINEY RANCH RD. |
| 180 N. LASALLE ST. | UNIT 238 | UNIT 238 |
| SUITE 2700 | SCOTTSDALE AZ 85258 | SCOTTSDALE AZ 85258 |
| CHICAGO IL 60601-2709 | | |

**Shipment Information**

| Service: | UPS Next Day Air | |
|---|---|---|
| Fuel Surcharge: | | **4.01 |
| Shipping: | | **22.90 |

**Package Information**

Package 1 of 1
Tracking Number: 1Z13542T0193096069
Package Type: UPS Letter
Actual Weight: Letter
Billable Weight: Letter



Get a chance to win a Samsung BlackJack™

Sign up for UPS E-mail

**Shipping Answers**

How much does it cost to ship a package?
Shipping cost depends on origin, destination, service, package weight, and other...
→ More

**Billing Information**

| Bill Shipping Charges to: | Credit Card Visa xxxxxxxxxxxx1851 | |
|---|---|---|
| Total: | All Shipping Charges in USD | **26.91 |

**Printing Preferences**

☐ Use my UPS thermal printer to print labels
☐ Use my UPS thermal printer to print receipts

Back To Shipping History | View Receipt

**Note:** Your invoice may vary from the displayed reference rates.

If you require additional information, contact details are available by selecting the Contact UPS link at the bottom of the screen.

** Detailed information on fuel surcharges is also available.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

  

Home | About UPS | Contact UPS | Welcome Center | Site Guide

**UPS United States**

  

My UPS | Address Book

### Tracking

Track Shipments
 Track by Reference
 Signature Tracking
 Track by E-mail
 Import Tracking Numbers
 Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

Welcome, Nancy Bashiri | Logout

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**     Printer Friendly | Help

| | | |
|---|---|---|
| **Tracking Number:** | 1Z 135 42T 01 9309 606 9 | ✓ Saved |
| | → View package progress | |
| Type: | Package | |
| Status: | **Delivered** | |
| Delivered On: | 12/04/2007 8:57 A.M. | |
| Delivered To: | CHICAGO, IL, US | |
| Signed By: | KERBER | |
| Service: | NEXT DAY AIR | |

Tracking results provided by UPS: 12/10/2007 2:21 P.M. ET

Printer Friendly

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Shipping History

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions