```
         FILED   ____ LODGED
  ____ RECEIVED  ____ COPY

       JAN 0 2 2008

  CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY_____ Z  DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasser Bashiri, Nancy Bashiri, Husband and wife | ) ) ) **Judge James A. Teilborg** |
| Plaintiffs, | ) **No. CV 07-2268-PHX-JAT** ) ) |
| vs. | ) ) ) |
| Vincent Sadler, et al., | ) |

### NOTICE OF SERVICE OF SUMMONS

Summons were served in this case via UPS Next Day Air, Tracking Number 1ZE0921Y1340172957, was served on December 4, 2007 at 1:49 p.m. to Vincent Sadler, Defendant, at his residence at the following address:

Vincent Sadler
1902 N. Kenmore Ave.
Chicago, Illinois 60614-4918

Summons were also served (a copy of which has been sent separately to the U.S. District Court of Arizona) to the Defendant's Counsel and Co-Defendant, Richard T. Reibman of Schwartz Cooper Chartered in Chicago, Illinois via UPS Next Day Air, Tracking Number 1Z 135 42T 01 9309 606 9, delivered on Tuesday, December 4, 2007 at 8:57 a.m.

The shipment information and tracking information is attached, as well as the summons that was served to Vincent Sadler's counsel.

Dated: December 18, 2007         Respectfully submitted,

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri
7222 E. Gainey Ranch Rd.
Unit 238
Scottsdale, AZ 85258

Shipment%20Notification%20from%20The%20UPS%20Store%20%232770[1].txt

A carrier shipping label has been generated for the shipment to
vincent sadler and is at The UPS Store #2770 awaiting carrier pickup.

It will be picked up from The UPS Store #2770 by UPS on Monday, December 3, 2007.

```
================================================
SHIPMENT INFORMATION
================================================
```
SENDER
    NASSER BASHIRI
    --
    (Sender's street address omitted intentionally from this email)
    US, AZ 85258

RECIPIENT
    vincent sadler
    --
    (Recipient's street address omitted intentionally from this email)
    CHICAGO, IL 60614-4918 US

SHIPPED THROUGH
    The UPS Store #2770
    (480) 483-2220

MESSAGE FROM SENDER
    --

CARRIER & SERVICE
    UPS Next Day Air Saver

TRACKING & REFERENCE
    Carrier Trk:    1ZE0921Y1340172957
    Shipment ID:    MMR7X04NW6MCF
    Order / Item #: --
    Reference #:    12032007jh

SHIP DATE
    Monday, December 3, 2007

EXPECTED DELIVERY DATE
    Tuesday, December 4, 2007 End of Day

```
================================================
TRACKING INFORMATION
================================================
```
To get complete tracking information, click the following link:

http://iship.com/track/trk.asp?t=MMR7X04NW6MCF


NOTE: Tracking information may not be available until several hours
after the carrier picks up the packages. Carriers normally pick up
in the late afternoon.

```
================================================
QUESTIONS OR CONCERNS ABOUT THIS SHIPMENT?
================================================
```
If you have questions regarding this shipment, contact the facility listed in the
SHIPPED THROUGH section above.

```
================================================
```
DO NOT REPLY DIRECTLY TO THIS E-MAIL



# SHIPPING TOOLS

## Your Tracking Information

| | |
|---|---|
| Status: | **DELIVERED** |
| Last Scan: | **12/4/2007 1:41:00 PM DELIVERED CHICAGO, IL US** |
| Delivered To: | **CHICAGO, IL US** |
| Delivery Date: | **Tuesday, December 4, 2007** |
| Delivery Time: | **1:41:00 PM** |
| Delivery Location: | **FRONT DOOR** |
| Carrier: | **UPS** |
| Service: | **Next Day Air Saver** |
| Expected: | **12/4/2007** |
| UPS Tracking Number: | **1ZE0921Y1340172957** |

Scan History:

12/4/2007 1:41:00 PM DELIVERED CHICAGO, IL US
12/4/2007 6:37:00 AM OUT FOR DELIVERY CHICAGO, IL US
12/4/2007 6:02:00 AM DESTINATION SCAN CHICAGO, IL US
12/4/2007 5:17:00 AM ARRIVAL SCAN CHICAGO, IL US
12/4/2007 3:50:00 AM DEPARTURE SCAN ROCKFORD, IL US
12/4/2007 2:15:00 AM LOCATION SCAN ROCKFORD, IL US
12/4/2007 1:26:00 AM UNLOAD SCAN ROCKFORD, IL US
12/4/2007 12:54:00 AM ARRIVAL SCAN ROCKFORD, IL US
12/3/2007 8:53:00 PM DEPARTURE SCAN PHOENIX, AZ US
12/3/2007 7:46:00 PM ARRIVAL SCAN PHOENIX, AZ US
12/3/2007 7:23:00 PM DEPARTURE SCAN PHOENIX, AZ US
12/3/2007 6:35:00 PM ORIGIN SCAN PHOENIX, AZ US
12/3/2007 7:06:00 PM BILLING INFORMATION RECEIVED US

**NOTE:** The times listed in the scan details are local time.

[ Done ]

*Status as of Wednesday, December 19, 2007 7:47:33 AM Pacific Standard Time*     ( Learn More )

## Track Another Package

**Enter tracking number:**     [ Submit ]     Tracking provided for




Having trouble? Click here for help. • iShip, Inc. Privacy Policy
© 1998 - 2007 iShip, Inc. iShip, the iShip logo, Price It, Track It, Sell It, and Shipping Insight are trademarks of iShip, Inc. iShip, Inc. is a subsidiary of United Parcel Service of America, Inc. Logo and marks used by permission. All rights reserved.

http://iship.com/priceit/track.asp?T=1&Track=MMR7X04NW6MCF&src=%5Fe     12/19/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasser Bashiri, Nancy Bashiri, Husband and wife | ) ) ) **Judge James A. Teilborg** |
| Plaintiffs, | ) ) **No. CV 07-2268-PHX-JAT** ) ) |
| vs. | ) ) |
| Vincent Sadler, et al., | ) ) |

### NOTICE OF SERVICE OF SUMMONS

Summons were served in this case via UPS Next Day Air, Tracking Number 1Z 135 42T 01 9309 606 9, delivered on Tuesday, December 4, 2007 at 8:57 a.m. to <u>Richard T. Reibman</u>, Defendant, at the following address:

Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle St.
Suite 2700
Chicago, Illinois 60601-2709
(312) 346-1300

The shipment information and tracking information is attached showing the package was signed for by "Kerber" at the aforementioned location.

Dated: December 10, 2007

Respectfully submitted,

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri
7222 E. Gainey Ranch Rd.
Unit 238
Scottsdale, AZ 85258