```
___ LODGED
___ RECEIVED  ___ COPY

   JAN 0 7 2008

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ S DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasser Bashiri, Nancy Bashiri, ) | **Judge James A. Teilborg** |
| Husband and wife ) | |
| ) | **No. CV 07-2268-PHX-JAT** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Vincent Sadler, et al., ) | |

## NOTICE OF SERVICE OF SUMMONS

Summons were served in this case via UPS Next Day Air, Tracking Number 1Z 135 42T 01 9309 606 9, delivered on Tuesday, December 4, 2007 at 8:57 a.m. to Richard T. Reibman, Defendant, at the following address:

Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle St.
Suite 2700
Chicago, Illinois  60601-2709
(312) 346-1300

The shipment information and tracking information is attached showing the package was signed for by "Kerber" at the aforementioned location.

Dated:  December 10, 2007                Respectfully submitted,

                                         */s/ Nasser Bashiri*
                                         */s/ Nancy Bashiri*
                                         Nasser and Nancy Bashiri
                                         7222 E. Gainey Ranch Rd.
                                         Unit 238
                                         Scottsdale, AZ  85258


UPS Internet Shipping: Shipment Details     Case 1:08-cv-03839    Document 7    Filed 01/07/2008    Page 2 of 3     Page 1 of 2


Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS United States**

Shipping | Tracking | Freight | Locations | Support | Business Solutions

**Shipping**

- Create a Shipment
- View History or Void Shipment
- Set Preferences
- Create A Return
- Calculate Time and Cost
- Schedule a Pickup
- Use International Tools
- Get UPS Labels, Paks, and More
- Open a UPS Account
- Set Preferences
- Help

Welcome, Nancy Bashiri | Logout

My UPS | Address Book

## Create A Shipment

**Package** | Freight | International Forms

**Shipment Details**     Help

This page shows the shipment history details for the shipment you selected.

### Address Information

**Ship To:**
SCHWARTZ COOPER CHARTERED
RICHARD T. REIBMAN
180 N. LASALLE ST.
SUITE 2700
CHICAGO IL 60601-2709

Telephone: 3123461300

**Ship From:**
NANCY BASHIRI
7222 E. GAINEY RANCH RD.
UNIT 238
SCOTTSDALE AZ 85258

Telephone: 5017622828

**Return Address:**
NANCY BASHIRI
7222 E. GAINEY RANCH RD.
UNIT 238
SCOTTSDALE AZ 85258

Telephone: 5017622828



Get a chance to win a Samsung BlackJack™

Sign up for UPS E-mail

**Shipping Answers**

**How do I void a shipment?**
The process varies according to which UPS shipping service you use.
→ More

### Package Information

| | Tracking Number | Weight | Dimensions / Packaging | Declared Value | Reference Numbers | Details |
|---|---|---|---|---|---|---|
| 1. | 1Z13542T0298618261 | Letter | UPS Letter | | {Reference#1 - SADLER V. BASHIRI #07C-5464} | |

### UPS Shipping Service and Shipping Options

**Service:**
UPS 2nd Day Air

**Shipping Fees Subtotal:**     16.69 USD

Show Shipping Fees Subtotal Details

### Payment Information

**Bill Shipping Charges to:**
**Associated shipper's account:**

**Total Charged:**     16.69 USD

### Printing Preferences (for View/Print Receipt)

☐ Use my UPS thermal printer to print labels
☐ Use my UPS thermal printer to print receipts



**Note:** Your invoice may vary from the displayed reference rates.


https://www.ups.com/uis/create     1/2/2008


Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS United States**

Shipping | Tracking | Freight | Locations | Support | Business Solutions

Welcome, Nancy Bashiri | Logout

My UPS | Address Book

### Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment
Help

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**

Printer Friendly | Help

| | |
|---|---|
| **Tracking Number:** | 1Z 135 42T 02 9861 826 1 |
| |  View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/07/2007 1:49 P.M. |
| Delivered To: | CHICAGO, IL, US |
| Signed By: | BERKLEY |
| Service: | 2ND DAY AIR |

Save

Tracking results provided by UPS: 01/02/2008 1:58 P.M. ET

Printer Friendly

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Shipping History

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Getting Started | My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions