**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasser Bashiri; Nancy Bashiri, | No. CV 07-2268-PHX-JAT |
| Plaintiffs, | **ORDER** |
| vs. | |
| Vincent Sadler; Richard T. Reibman; Schwartz Cooper Chartered, | |
| Defendants. | |

　　　Plaintiffs filed their complaint alleging diversity jurisdiction. Plaintiffs further allege that all defendants are residents of Illinois. However, Defendant "Schwartz Cooper Chartered" is an entity. To establish the citizenship of an entity, Plaintiffs must explain what type of entity is at issue and then properly plead jurisdiction.

　　　For example, a limited liability company is a citizen of every state in which a member resides. *Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006). A corporation is a citizen of the state of incorporation and the corporation's principal place of business. *Industrial Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990).

　　　In this case, Plaintiffs have failed to plead sufficient facts regarding Schwartz Cooper Chartered to establish diversity jurisdiction. Therefore,

/ / /

/ / /

1    **IT IS ORDERED** that on February 4, 2008 at 10:00 a.m., Plaintiffs shall appear and
2 show cause why this case should not be dismissed for lack of federal subject matter
3 jurisdiction.

4    DATED this 8th day of January, 2008.

_____
James A. Teilborg
United States District Judge