```
                LODGED
        RECEIVED ___ COPY

          JAN 3 0 2008

     CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
                    S DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| NASSER BASHIRI and<br>NANCY BASHIRI,<br>   Plaintiff,<br><br>vs.<br><br>VINCENT SADLER, individually,<br>RICHARD T. REIBMAN, individually, and<br>SCHWARTZ COOPER CHARTERED,<br>   Defendants. | CASE NO. CV 07-2268-PHX-JAT<br><br>JAMES A. TEILBORG, JUDGE<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S RESPONSE TO
## COURT'S SUA SPONTE ORDER TO SHOW CAUSE RE JURISDICTION

On January 8, 2008, this Court entered its *sua sponte* order directing the plaintiffs to show cause on February 4, 2008, why the plaintiffs' complaint should not be dismissed for lack of subject matter jurisdiction. Specifically, the Court requests clarification as to whether diversity jurisdiction exists in that it was not readily apparent form the face of the Complaint whether the corporate citizenship of the defendant law firm Schwartz Cooper Chartered established diversity.

The defendant law firm Schwartz Cooper Chartered is a corporation incorporated in the State of Illinois. See Exhibit A attached. The corporation's principal place of business is in Illinois. See Exhibit B attached. None of the firm's attorneys claims to do business in Arizona. Quoting from the Court's January 8, 2008, Order to Show Cause, "A corporation is a citizen of the state of incorporation and the corporation's principal place of business." Industrial Tectonics v. Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990).

The parties diversity of citizenship establishes Federal subject matter jurisdiction is to exist in the Arizona district court.

                              Respectfully submitted,

                              */s/ Nasser Bashiri*
                              */s/ Nancy Bashiri*
                              Nasser and Nancy Bashiri, Plaintiffs
                              21911 N. 36th St.
                              Phoenix, AZ 85050
                              501 762-2525

# Exhibit A

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | SCHWARTZ COOPER CHARTERED | File Number | 49764251 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 12/30/1970 | State | ILLINOIS |
| Agent Name | ROBERT A SMOLLER | Agent Change Date | 11/26/2001 |
| Agent Street Address | 180 N LASALLE ST STE 2700 | President Name & Address | ROBERT DUNN GLICK 180 N LASALLE ST #2700 CHICAGO 60601 |
| Agent City | CHICAGO | Secretary Name & Address | MARTIN W SALZMAN SAME |
| Agent Zip | 60601 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 12/05/2007 | For Year | 2007 |
| Assumed Name | ACTIVE - SCHWARTZ, COOPER, GREENBERGER & KRAUSS<br>ACTIVE - SCHWARTZ COOPER | | |
| Old Corp Name | 11/19/1991 - GREENBERGER, KRAUSS & JACOBS, CHARTERED<br>01/10/1992 - GREENBERGER & KRAUSS, CHARTERED<br>12/31/1993 - GREENBERGER KRAUSS & TENENBAUM, CHARTERED<br>04/20/2006 - SCHWARTZ, COOPER, GREENBERGER & KRAUSS, CHARTERED | | |

# EXHIBIT B

### Chicago, Illinois (Main Office) Office

Heather Aeschleman, Member
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Roberto Anguizola, Member
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Charles M. Baum, Member
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Criminal Law, Litigation

Richard M. Bendix, Jr., Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Debtor and Creditor

Joan T. Berg, Member
**Office:** Chicago, Illinois
**Practice Areas:** Finance, Real Estate

Jay S. Berlinsky, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Contracts, Corporate Law, Mergers and Acquisitions, Real Estate

Carmen D. Caruso, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Alternative Dispute Resolution, Appellate Practice, Business Law, Commercial Law, Construct Corporate Law, Environmental Law, Intellectual Property, Litigation, Real Estate

John L. Conlon, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Antitrust and Trade Regulation, Commercial Law, Litigation, Professional Liability, Taxation

Andrew H. Connor, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Finance, Mergers and Acquisitions

Derek L. Cottier, Member
**Office:** Chicago, Illinois
**Practice Areas:** Finance, Real Estate

C. Elizabeth Darke, Member
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Robert G. Davidson, Member AV Rated
**Office:** Chicago, Illinois

**Practice Areas:** Bankruptcy, Construction Law, Corporate Law, Finance, Real Estate

Joan M. Eagle, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Education Law, Employee Benefits, Labor and Employment

Peter O. Farah, Member
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law

Richard J. Firfer, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Banking Law, Corporate Law, Securities, Taxation

Steven H. Gistenson, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Robert Dunn Glick, Managing Partner AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Banking Law, Corporate Law

Robert Groholski, Member
**Office:** Chicago, Illinois
**Practice Areas:** Alternative Dispute Resolution, Litigation

Stephen S. Herseth, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Construction Law, Environmental Law, Real Estate

Richard C. Himelhoch, Member
**Office:** Chicago, Illinois
**Practice Areas:** Intellectual Property

William M. Holzman, Member BV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Mergers and Acquisitions, Securities

Peter M. Klobuchar, Member
**Office:** Chicago, Illinois
**Practice Areas:** Intellectual Property

Heather L. Kramer, Member
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Michael S. Kurtzon, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Finance, Real Estate

Scott M. Lapins, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Finance, Real Estate

Sharon Zaban Letchinger, Member
**Office:** Chicago, Illinois
**Practice Areas:** Finance, Real Estate

Dorothea J. Lidd, Member
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Robert C. Linton, Member BV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Real Estate

Laura Ann Lipinski, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Elder Law, Real Estate, Trusts and Estates

Nancy R. Livingston, Member
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Taxation, Trusts and Estates

Joseph Q. McCoy, Member
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Stanton Miller, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Intellectual Property

Robert D. Nachman, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Litigation

Neil T. Neumark, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Jerrold M. Peven, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Finance, Real Estate

Richard T. Reibman, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Corporate Law, Debtor and Creditor, Litigation, Securities

Eric S. Rein, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Banking Law, Bankruptcy, Commercial Law, Debtor and Creditor, Litigation

Michael D. Rothstein, Member
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Real Estate

Martin W. Salzman, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Banking Law, Debtor and Creditor

Bethany Schols, Member
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Richard G. Schultz, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Franklin S. Schwerin, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Labor and Employment, Litigation

Gary P. Segal, Member
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Corporate Law, Finance, Real Estate

Robert A. Smoller, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Securities

Patrick T. Stanton, Member
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Litigation

Roger H. Stein, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Intellectual Property

Steven W. Swibel, Member AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Corporate Law, Taxation, Trusts and Estates

Diana Tsai, Member
**Office:** Chicago, Illinois
**Practice Areas:** Banking Law, Corporate Law

Edward S. Weil, Member
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Litigation

――――――――――: **Chicago, Illinois (Main Office) Office**

David E. Beker, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Corporate Law, Litigation, Taxation

B. Wayne Creel, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Megan Danko, Associate
**Office:** Chicago, Illinois

James J. Ginsburg, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Finance, Real Estate

Julie B. Heller, Associate
**Office:** Chicago, Illinois

Ati Khatri, Associate
**Office:** Chicago, Illinois

Aleen Lee, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Arika J. Osacky, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Litigation

Seth Mann Rosenberg, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Litigation

Morgan M. Smith, Associate
**Office:** Chicago, Illinois

Shane T. Young, Associate
**Office:** Chicago, Illinois
**Practice Areas:** Real Estate

Jennifer Zlotow, Associate
**Office:** Chicago, Illinois

## OF COUNSEL: Chicago, Illinois (Main Office) Office

Malcolm M. Gaynor, Of Counsel AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Bankruptcy, Commercial Law, Litigation

Michelle F. Kantor, Of Counsel
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Construction Law, Contracts, Personal Injury, Real Estate

Susan Meyer, Of Counsel
**Office:** Chicago, Illinois
**Practice Areas:** Business Law, Corporate Law, Intellectual Property

Joseph R. Podlewski, Jr., Of Counsel AV Rated
**Office:** Chicago, Illinois
**Practice Areas:** Commercial Law, Environmental Law, Litigation

Bryan Paul Sugar, Of Counsel
**Office:** Chicago, Illinois
**Practice Areas:** Intellectual Property

## CERTIFICATE OF SERVICE

This to certify that on the 29th day of January 2008, a true and complete copy of the above and foregoing PLAINTIFF'S RESPONSE TO COURT'S SUA SPONTE ORDER TO SHOW CAUSE RE JURISDICTION was served on the following counsel by depositing in the United States mail addressed as follows:

Richard T. Reibman, Defendant
180 North La Salle, Suite 2700
Chicago, IL  60601

Schwartz Cooper Chartered, Defendant
180 North La Salle, Suite 2700
Chicago, IL  60601

Vincent Sadler, Defendant
1902 N. Kenmore Ave.
Chicago, IL  60614

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri