Margaret A. Gillespie (State Bar I.D. No. 013231)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, Suite 2210
Phoenix, Arizona 85004-0022
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: mgillespie@cmpbglaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NASSER BASHIRI and NANCY BASHIRI,<br><br>Plaintiffs,<br><br>VINCENT SADLER, individually; RICHARD T. REIBMAN, individually; and SCHWARTZ COOPER CHARTERED,<br><br>Defendants. | No. CV 07-2268-JAT<br><br>**NOTICE OF BANKRUPTCY AND REQUEST FOR ORDER SUSPENDING ACTION TO ALLOW BANKRUPTCY TRUSTEE TIME TO INTERVENE** |

Defendants Vincent Sadler, Richard T. Reibman, and Schwartz Cooper Chartered ("Defendants") received notice that the Plaintiffs in this case, Nasser Bashiri and Nancy Bashiri ("Bashiris") filed a joint Chapter 7 bankruptcy petition on February 1, 2008, in the Bankruptcy Court for the District of Arizona, Case No. 2:08-bk-00997-CGC. A copy of the Notice of Bankruptcy is attached as Exhibit A and incorporated by this reference.

The Chapter 7 Trustee appointed in the bankruptcy case is Constantino Flores. Pursuant to Bankruptcy Code § 541(a)(1), the cause of action filed herein is considered property of the bankruptcy estate. 11 U.S.C. § 541 instructs that "(a) The commencement of a case under section 301, 302, or 303 of this title creates an estate. Such estate is comprised of all of the following property, wherever located and by whomever held:

1

(1) . . . all legal and equitable interests of the debtor in property as of the commencement of the case."

Causes of action asserted by the Debtors as of the date they file their bankruptcy petition are among the "legal and equitable interests" included in property of the estate. *See Turner v. Cook*, 362 F.3d 1219, 1225-26 (9th Cir. 2004), *cert. denied*, 125 S. Ct. 498, 543 U.S. 987. Individuals alleging injuries in a lawsuit, having filed for bankruptcy relief, are no longer parties in interest; the Trustee appointed to the case is now the proper plaintiff. *Id. See also Cusano v. Klein*, 264 F. 3d 936, 945 (9th Cir. 2001) (even lawsuits brought after the filing date of bankruptcy case, but for which damages accrued prepetition, constitute property of the estate). Mr. Flores should be alerted to the existence of this lawsuit and be provided an opportunity to review and analyze the estate's possible interest. Until the "proper" plaintiff is in place, this lawsuit should not move forward.

WHEREFORE, the Defendants respectfully request that the Court suspend all matters, including deadlines for filing answers or motions to dismiss, until the Chapter 7 Trustee in the Bashiri bankruptcy case has had the opportunity to review and determine the course of this cause of action.

DATED this 27th day of February, 2008.

        COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

        By /s/ Margaret Gillespie
           Margaret A. Gillespie
           201 N. Central Avenue, Suite 2210
           Phoenix, Arizona 85004
           Attorneys for Defendants

Copies of the foregoing mailed
this 27th day of February, 2008 to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Nasser Bashiri
Nancy Bashiri
21911 North 36th Street
Phoenix, Arizona 85050
Debtors

Constantine Flores
P.O. Box 511
Phoenix, Arizona 85001-0511
Chapter 7 Trustee


/s/  Andrea Smith

3

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number 2:08-bk-00997-CGC

## UNITED STATES BANKRUPTCY COURT
### District of Arizona

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/1/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| NASSER BASHIRI<br>2191 NORTH 36TH STREET<br>PHOENIX, AZ 85050 | NANCY BASHIRI<br>2191 NORTH 36TH STREET<br>PHOENIX, AZ 85050 |
| Case Number:<br>2:08-bk-00997-CGC | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-8845<br>xxx-xx-8116 |
| Attorney for Debtor(s) (name and address):<br>NASSER BASHIRI<br>2191 NORTH 36TH STREET<br>PHOENIX, AZ 85050<br>Telephone number: | Bankruptcy Trustee (name and address):<br>CONSTANTINO FLORES<br>PO BOX 511<br>PHOENIX, AZ 85001-0511<br>Telephone number: 602-274-4200 |

### Meeting of Creditors

Date: **March 4, 2008**     Time: **03:00 PM**
Location: US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/5/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727<br>Telephone number: (602) 682-4000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 2/4/08 |

**EXHIBIT A**

| EXPLANATIONS | | B9A (Official Form 9A) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |
| **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** | | |
| **Refer to Other Side for Important Deadlines and Notices** | | |