UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

NASSER BASHIRI and
NANCY BASHIRI,　　　　　　　　　　　)　　CASE NO. CV 07-2268-PHX-JAT
 Plaintiff,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　JAMES A. TEILBORG, JUDGE
vs.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
VINCENT SADLER, individually,　　　　　)
RICHARD T. REIBMAN, individually, and )
SCHWARTZ COOPER CHARTERED,　　)
 Defendants.　　　　　　　　　　　　)

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

As evidenced by the return of service on file with this Court, summons has been served upon the following:

VINCENT SADLER, individually (see Docket Entry 6);
RICHARD T. REIBMAN, individually (see Docket Entry 4); and
SCHWARTZ COOPER CHARTERED (see Docket Entry 4).

Although duly served, each of these defendants has failed to timely plead or otherwise defend in said proceeding as directed in said summons and as provided in the Federal Rules of Bankruptcy Procedure. Each of these named defendants have neglected to file an answer to the plaintiff's Complaint.

Accordingly, pursuant to Fed.R.Bankr.P. 7055, the clerk is requested to enter the default of each of these defendants forthwith.

Respectfully submitted,

x *Nasser Bashiri*
*Nancy K. Bashiri*
Nasser and Nancy Bashiri, Plaintiffs
21911 N. 36TH St
Phoenix, AZ  85050
501  762-2525

1