## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of March 2008, a true and complete copy of the above and foregoing documents in regards to United States District Court, District of Arizona, Case Number CV072268PHXJAX was served upon Bankruptcy Trustee and Bankruptcy Trustee's Attorneys by hand delivery:

- Civil Cover Sheet
- Complaint
- Exhibit A (in reference to Complaint)
- Plaintiff's Response to Court's Sua Sponte Order to Show Cause Re Jurisdiction
- Request for Clerk's Entry of Default
- Notice of Bankruptcy and Request for Order Suspending Action to Allow Bankruptcy Trustee Time to Intervene


Contantino Flores, Esq.                        Hand Delivered to
Bankruptcy Trustee                             Trustee's Office
P.O. Box 511
Phoenix, AZ  85001-0511


Thomas H. Allen                                Hand Delivered
Kevin C. McCoy
ALLEN, SALA & BAYNE, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona  85004


*Nasser Bashiri*

*Nancy Bashiri*

Nasser and Nancy Bashiri
21911 N. 36th St.
Phoenix, AZ  85050
(501) 762-2525

X FILED    ___ LODGED
___ RECEIVED    ___ COPY

MAR 0 5 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z  DEPUTY

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of March 2008, a true and complete copy of the above and foregoing ORDER FROM JUDGE TEILBORG ENTERED MARCH 3, 2008 was served upon Defendants, Defendants' Attorney and Bankruptcy Trustee by fax and/or email, with the exception of Vincent Sadler which was deposited in US Mail addressed as follows:

Richard T. Reibman                                        Fax:   (312) 782-8416
Schwartz Cooper Chartered
180 North La Salle St., Suite 2700
Chicago, IL  60601


Schwartz Cooper Chartered                                 Fax:   (312) 782-8416
180 North La Salle St., Suite 2700
Chicago, IL  60601


Contantino Flores, Esq.                                   Hand Delivered
Bankruptcy Trustee
P.O. Box 511
Phoenix, AZ  85001-0511


Thomas H. Allen                                           Hand Delivered
Kevin C. McCoy
ALLEN, SALA & BAYNE, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona  85004


Margaret A. Gillespie                                     Fax:   (602) 252-1114
Collins May Potenza Baran & Gillespie PC
201 North Central Avenue Ste 2210
Phoenix AZ  85004


Vincent Sadler
1902 N. Kenmore Ave.
Chicago, IL  60614-4918


_Nancy Bashiri_
Nasser and Nancy Bashiri
21911 N. 36th St.
Phoenix, AZ  85050
(501) 762-2525