```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY

      MAR 1 2 2008

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| NASSER BASHIRI and<br>NANCY BASHIRI,<br>    Plaintiff,<br><br>vs.<br><br>VINCENT SADLER, individually,<br>RICHARD T. REIBMAN, individually,<br>and SCHWARTZ COOPER<br>CHARTERED,<br>    Defendants. | CASE NO. CV 07-2268-PHX-JAT<br><br>JAMES A. TEILBORG, JUDGE<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF PLAINTIFF'S CHANGE OF ADDRESS

Nasser Bashiri and Nancy Bashiri hereby request on this 10th day of March, 2008 that a change be made to their address, which currently appears in the docket as 7222 E. Gainey Ranch Rd., Unit 238, Scottsdale, AZ 85258 to the following:

21911 N. 36th St.

Phoenix, AZ 85050

Respectfully submitted,

*/s/ Nasser Bashiri*

*/s/ Nancy Bashiri*

Nasser and Nancy Bashiri
21911 N. 36th St.
Phoenix, AZ 85050
501-762-2525

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of March 2008, a true and complete copy of the above and foregoing NOTICE OF PLAINTIFF'S CHANGE OF ADDRESS was served upon Defendants, Defendants' Attorney and Bankruptcy Trustee by fax and/or email, with the exception of Vincent Sadler which was deposited in US Mail addressed as follows:

| | |
|---|---|
| Richard T. Reibman<br>Schwartz Cooper Chartered<br>180 North La Salle St., Suite 2700<br>Chicago, IL  60601 | Fax:  (312) 782-8416 |
| Schwartz Cooper Chartered<br>180 North La Salle St., Suite 2700<br>Chicago, IL  60601 | Fax:  (312) 782-8416 |
| Contantino Flores, Esq.<br>Bankruptcy Trustee<br>P.O. Box 511<br>Phoenix, AZ  85001-0511 | trusteeflores@floreslawaz.com |
| Thomas H. Allen<br>Kevin C. McCoy<br>ALLEN, SALA & BAYNE, PLC<br>1850 N. Central Ave., Suite 1150<br>Phoenix, Arizona  85004 | tallen@asbazlaw.com<br>kmccoy@asbazlaw.com |
| Margaret A. Gillespie<br>Collins May Potenza Baran & Gillespie PC<br>201 North Central Avenue Ste 2210<br>Phoenix AZ  85004 | Fax:  (602) 252-1114 |

Vincent Sadler
1902 N. Kenmore Ave.
Chicago, IL  60614-4918

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri
21911 N. 36th St.
Phoenix, AZ  85050
(501) 762-2525