Thomas H. Allen, State Bar #11160
Kevin C. McCoy, State Bar #20333
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@asbazlaw.com
        kmccoy@asbazlaw.com

Attorneys for Trustee Constantino Flores

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NASSER BASHIRI and NANCY BASHIRI, <br><br> Plaintiffs, <br><br> vs. <br><br> VINCENT SADLER, individually; RICHARD T. REIBMAN, individually; and SCHWARTZ COOPER CHARTERED, <br><br> Defendants. | Case No. CV 07-2268-PHX-JAT <br><br> **NOTICE OF INTENT TO INTERVENE AS REAL PARTY IN INTEREST** |

     Constantino Flores, Chapter 7 Trustee for the bankruptcy estate of Nasser Bashiri and Nancy Bashiri, Bankruptcy Case Number 2-08-bk-00997-CGC ("Trustee"), hereby provides notice, pursuant to this Court's March 3, 2008 Order, that the Trustee intends to intervene as the real party in interest in the above-captioned case.

     DATED: March 19, 2008

                                                  **ALLEN, SALA & BAYNE, PLC**

                                                  */s/ KCM #20333*
                                                  Thomas H. Allen
                                                  Kevin C. McCoy
                                                  1850 N. Central Ave., Suite 1150
                                                  Phoenix, Arizona 85004
                                                  Attorneys for Trustee Constantino Flores

| | |
|---|---|
| 1 | COPIES of the foregoing mailed on<br>March 19, 2008 to: |
| 2 | Constantino Flores |
| 3 | P.O. Box 511<br>Phoenix AZ  85001-0511 |
| 4 | *Chapter 7 Trustee* |
| 5 | United States Trustee<br>230 North First Avenue, Ste. 204 |
| 6 | Phoenix, AZ  85003-1706 |
| 7 | Nasser Bashiri<br>Nancy Bashiri |
| 8 | 2191 N. 36th Street<br>Phoenix, AZ  85050 |
| 9 | *Debtors, pro se* |
| 10 | Margaret A. Gillespie<br>Collins, May, Potenza, Baran & Gillespie, P.C. |
| 11 | 201 N. Central Ave., Suite 2210<br>Phoenix, AZ  85004-0022 |
| 12 | *Attorneys for Defendants* |
| 13 | /s/ Monica Baca |

-2-