Case: 2:07cv2268

```
            FILED        LODGED
            RECEIVED     COPY

              MAR 3 1 2008

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY_____ Z  DEPUTY
```

Nasser Bashiri
7222 East Gainey Ranch Road
Unit 238
Scottsdale, AZ 85258          #11

---

UNITED STATES DISTRICT COURT
O'CONNOR U.S. COURTHOUSE, SUITE 130
1 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS



NIXIE        850    DE  1        00  03/29/08
              RETURN TO SENDER
                 UNCLAIMED
              UNABLE TO FORWARD

BC: 85003213099         *2014-22420-04-35

85258+ 85003@2130