Nasser and Nancy Bashiri
21911 N. 36th St
Phoenix AZ  85050
501-762-2525
Plaintiffs pro se

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

NASSER BASHIRI and
NANCY BASHIRI,
    Plaintiffs

vs.

Vincent Sadler, et al.,
    Defendants.

Case No. CV 07-2268-PHX-JAT

**PLAINTIFF'S COMPLAINCE WITH STANDARD CIVIL TRACK INTIIAL ORDER**

In compliance with the Standard Civil Track Initial Order, the Court is notified that service has been accomplished on all defendants in accordance with FRCP Rule 4, and that the parties are prepared for a Preliminary Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Nasser Bashiri*
*Nancy Bashiri*

Nasser and Nancy Bashiri
21911 N. 36th St
Phoenix AZ  85050
501-762-2525
Plaintiffs

**CERTIFICATE OF SERVICE**

This to certify that on the 11th day of April 2008, a true and complete copy of the above and foregoing PLAINTIFF'S COMPLIANCE WITH STANDARD CIVIL TRACK INTIIAL ORDER was served on the following by depositing in the United States mail addressed as follows:

Margaret A. Gillespie
Collins May Potenza Baran & Gillespie PC
201 North Central Avenue Ste 2210
Phoenix AZ  85004
Attorney for Defendants

Constantino Flores
Box 511
Phoenix AZ  85001
Chapter 7 Trustee

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601

Richard T. Reibman
Schwartz Cooper Chartered
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601

Vincent Sadler
1902 N. Kenmore
Chicago, IL  60614-4918

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri
21911 N. 36th St.
Phoenix, AZ  85050
501-762-2525