Case: 2:07cv2268

```
_____
| ✓  FILED        ___ LODGED   |
| ___ RECEIVED    ___ COPY     |
|                              |
|         APR 2 1 2008         |
|                              |
|   CLERK U S DISTRICT COURT   |
|     DISTRICT OF ARIZONA      |
| BY_____ M  DEPUTY    |
_____
```

Nasser  Bashiri
7222 East Gainey Ranch Road
Unit 238                    #14
Scottsdale, AZ 85258

--------------------------------------------------------

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

APR 21 2008

NIXIE           850   DE 1         00 04/19/08
                RETURN TO SENDER
                   UNCLAIMED
                UNABLE TO FORWARD

BC: 85003213099    *1394-01020-03-39