Case: 2:07cv2268

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    APR 2 1 2008

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ M  DEPUTY
```

Nancy Bashiri
7222 East Gainey Ranch Road     #14
Unit 238
Scottsdale, AZ 85258

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

APR 21 2008

NIXIE     950  DE 1         00 04/19/08
          RETURN TO SENDER
            UNCLAIMED
          UNABLE TO FORWARD

BC: 85003213099    *2514-03236-03-37*