IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nasser Bashiri; Nancy Bashiri,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Vincent Sadler; Richard T. Reibman; Schwartz Cooper Chartered,<br><br>　　　　　Defendants. | No. CV 07-2268-PHX-JAT<br><br>**ORDER** |

On June, 26, 2008, Plaintiffs filed a motion to consolidate this case with the their Arizona bankruptcy case (Doc. #27). Because the Court granted Defendants' Motion to Transfer this case to the District Court for the Northern District of Illinois (Doc. 18) on June 25, 2008 (Doc. #26), Plaintiffs Motion to Consolidate is now moot.

Accordingly,

IT IS ORDERED DENYING Plaintiffs' Motion to Consolidate (Doc. #27).

DATED this 30th day of June, 2008.

James A. Teilborg
United States District Judge