CLOSED, STAY–BK, STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:07–cv–02268–JAT

Bashiri et al v. Sadler et al  
Assigned to: Judge James A Teilborg  
Cause: 28:1332 Diversity–(Citizenship)

Date Filed: 11/21/2007  
Date Terminated: 06/25/2008  
Jury Demand: Plaintiff  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Diversity

**Plaintiff**

**Nasser Bashiri**　　　　　　　　　　　represented by　**Nasser Bashiri**  
21911 N. 36th St.  
Phoenix, AZ 85050  
501–762–2525  
PRO SE

**Plaintiff**

**Nancy Bashiri**　　　　　　　　　　　represented by　**Nancy Bashiri**  
21911 N. 36th St.  
Phoenix, AZ 85050  
501–762–2525  
PRO SE

**Plaintiff**

**Constantino Flores**　　　　　　　　represented by　**Constantino Flores**  
c/o Allen, Sala &Bayne, PLC  
Kevin C. McCoy  
1850 N. Central Ave.  
Suite 1150  
Phoenix, AZ 85004  
602–256–6000  
Fax: 602–252–4712  
Email: kmccoy@asbazlaw.com  
PRO SE

V.

**Defendant**

**Vincent Sadler**　　　　　　　　　　represented by　**Margaret Anne Gillespie**  
*individually*　　　　　　　　　　　　　　　　　　　　Collins May Potenza Baran &Gillespie PC  
201 N Central Ave  
Ste 2210  
Phoenix , AZ 85073–2210  
602–252–1900  
Fax: 602–252–1114  
Email: mgillespie@cmpbglaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard T Reibman**  represented by **Margaret Anne Gillespie**
*individually*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Schwartz Cooper Chartered**  represented by **Margaret Anne Gillespie**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | Ï 1 | COMPLAINT. Filing fee received: $ 350.00, receipt number PHX064898, filed by Nasser Bashiri and Nancy Bashiri.(Attachments: # 1 Exhibits # 2 Civil Cover Sheet)(HLA) (Entered: 11/27/2007) |
| 11/21/2007 | Ï | This case has been assigned to the Honorable James A. Teilborg. All future pleadings or documents should bear the correct case number: CIV–07–2268–PHX–JAT. (entered by HLA) (Entered: 11/27/2007) |
| 11/21/2007 | Ï | Summons Issued as to Vincent Sadler, Richard T Reibman, and Schwartz Cooper Chartered. (HLA) (Entered: 11/27/2007) |
| 11/27/2007 | Ï 2 | STANDARD TRACK ORDER. Signed by Judge James A Teilborg on 11/27/07. (Copy mailed to pro se plaintiffs Nasser and Nancy Bashiri on 11/27/07).(TLB, ) (Entered: 11/27/2007) |
| 11/27/2007 | Ï 3 | Magistrate Consent Form (HLA) (Entered: 11/27/2007) |
| 12/26/2007 | Ï 4 | SUMMONS Returned Executed by Nasser Bashiri, Nancy Bashiri. Schwartz Cooper Chartered served on 12/4/2007 by UPS Next Day Air. (ESL) Modified on 1/2/2008 INCORRECT PARTY SELECTED FOR SERVICE. ENTRY MODIFIED FROM RICHARD REIBMAN TO SCHWARTZ COOPER CHARTERED (ESL). (Entered: 12/27/2007) |
| 01/02/2008 | Ï 5 | NOTICE OF CORRECTION BY THE CLERK re 4 Summons Returned Executed – Complaint/Habeas Petition Only filed by Nasser Bashiri, Nancy Bashiri. Description of deficiency: INCORRECT PARTY SELECTED FOR SERVICE. Follow up by Clerks Office: The deficiency indicated has been addressed by the Clerk. Court use only: ESL. (ESL) (Entered: 01/02/2008) |
| 01/02/2008 | Ï 6 | SUMMONS Returned Executed by Nasser Bashiri, Nancy Bashiri. Vincent Sadler served on 12/4/2007 by UPS Next Day Air. (ESL) (Entered: 01/03/2008) |
| 01/07/2008 | Ï 7 | NOTICE OF SERVICE of summons upon Richard T. Reibman by UPS Next Day Air on 12/4/07 by Nasser Bashiri, Nancy Bashiri (LAD) (Entered: 01/08/2008) |
| 01/09/2008 | Ï 8 | ORDER that on 02/04/08 at 10:00am, Plaintiffs shall appear and show cause why this case should not be dismissed for lack of federal subject matter jurisdiction. Signed by Judge James A Teilborg on 01/08/08. (ESL) (Entered: |

| | | |
|---|---|---|
| | | 01/09/2008) |
| 01/30/2008 | Ï 9 | RESPONSE TO 8 ORDER TO SHOW CAUSE by Nasser Bashiri, Nancy Bashiri. (ESL) (Entered: 01/31/2008) |
| 01/30/2008 | Ï 10 | FIRST AMENDED COMPLAINT against all defendants; Jury Demand, filed by Nasser Bashiri, Nancy Bashiri.(ESL) (Entered: 01/31/2008) |
| 02/04/2008 | Ï 11 | Minute Entry (TEXT−ONLY) – Proceedings held before Judge James A Teilborg: Show Cause Hearing held on 2/4/2008 re: why case should not be dismissed for lack of subject matter jurisdiction. Appearances: Pro se plaintiffs Nasser and Nancy Bashiri on own behalf. No one appearing for defendants. Matters discussed as set forth on the record. The Court is satisfied that cause has been shown why the complaint should not be dismissed; no further action shall be taken. (Copy mailed to plaintiffs Bashiri on 2/4/08). (Court Reporter David German.) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TLB ) (Entered: 02/04/2008) |
| 02/26/2008 | Ï 13 | MOTION for Entry of Default by Plaintiffs Nasser Bashiri, Nancy Bashiri against Vincent Sadler, Richard T. Reibman and Schwartz Cooper Chartered. (ESL) Modified on 2/29/2008 DOCKET CHANGED FROM APPLICATION TO MOTION FOR ENTRY OF DEFAULT (ESL). (Entered: 02/27/2008) |
| 02/27/2008 | Ï 12 | NOTICE OF FILING BANKRUPTCY and MOTION for stay *and Request for Order Suspending Action to Allow Bankruptcy Trustee Time to Intervene* by Vincent Sadler (Attachments: # 1 Exhibit A)(Gillespie, Margaret) Modified on 2/29/2008 TO ADD DOCUMENT AS A PENDING MOTION (ESL, ). (Entered: 02/27/2008) |
| 03/03/2008 | Ï 14 | ORDER Pla's 13 Request for Entry of Default is denied without prejudice to refiling this request if dfts fail to comply with the terms of this Order. Pla's shall send a copy of this Order and all other relevant pleadings in this litigation to the bankruptcy trustee within 4 business days of receiving this Order. That within 10 business days of receiving this Order, the bankruptcy trustee shall file a notice with this Court indicating whether (or not) the trustee intends to intervene as the real party in interest in this litigation. Dfts; 12 Motion to Stay is denied. Dfts shall answer or otherwise respond to the First Amended Complaint within 15 business days of receiving this Order. Signed by Judge James A Teilborg on 03/03/08. (ESL) (Entered: 03/03/2008) |
| 03/05/2008 | Ï 15 | CERTIFICATE OF SERVICE by Nasser Bashiri, Nancy Bashiri (ESL) (Entered: 03/06/2008) |
| 03/12/2008 | Ï 16 | NOTICE of Change of Address by Nasser Bashiri, Nancy Bashiri. New address: 21911 N 36th St. Phoenix, AZ 85050. (ESL) (Entered: 03/13/2008) |
| 03/18/2008 | Ï 17 | ANSWER to 10 Amended Complaint by Vincent Sadler, Richard T Reibman, Schwartz Cooper Chartered.(Gillespie, Margaret) (Entered: 03/18/2008) |
| 03/18/2008 | Ï 18 | MOTION to Change Venue/Transfer Case to Northern District of Illinois by Vincent Sadler, Richard T Reibman, Schwartz Cooper Chartered. (Attachments: # 1 Exhibit A)(Gillespie, Margaret) (Entered: 03/18/2008) |
| 03/18/2008 | Ï 19 | DECLARATION of Richard T. Reibman in Support of Defendants' Motion to Transfer re 18 MOTION to Change Venue/Transfer Case to Northern District of Illinois by Defendants Vincent Sadler, Richard T Reibman, Schwartz Cooper Chartered. (Attachments: # 1 Exhibit A−D, # 2 Exhibit E−I)(Gillespie, |

| | | |
|---|---|---|
| | | Margaret) (Entered: 03/18/2008) |
| 03/19/2008 | Ï 20 | Notice re Notice of Intent to Intervene as Real Party In Interest by Constantino Flores re 14 Order on Motion to Stay, Order on Motion for Entry of Default,,,,,, (McCoy, Kevin) (Entered: 03/19/2008) |
| 03/28/2008 | Ï 21 | RESPONSE to Motion re 18 MOTION to Change Venue/Transfer Case to Northern District of Illinois, filed by Nasser Bashiri, Nancy Bashiri. (Attachments: # 1 Exhibit A – N, # 2 Exhibit O – S)(ESL) (Entered: 03/31/2008) |
| 03/31/2008 | Ï 22 | Mail Returned as Undeliverable. Mail sent to Nasser and Nancy Bashiri. Reason for return: Unclaimed, Unable to forward. Document number 11. (ESL, ) (Entered: 04/01/2008) |
| 04/11/2008 | Ï 23 | Notice of Compliance with Standard Civil Track Order, by Nasser Bashiri, Nancy Bashiri. (ESL, ) (Entered: 04/14/2008) |
| 04/21/2008 | Ï 24 | Mail Returned as Undeliverable. Mail sent to Nasser Bashiri. Reason for return: unclaimed, unable to forward. Document number 14. (DMT, ) (Entered: 04/22/2008) |
| 04/21/2008 | Ï 25 | Mail Returned as Undeliverable. Mail sent to Nancy Bashiri. Reason for return: unclaimed, unable to forward. Document number 14. (DMT, ) (Entered: 04/22/2008) |
| 06/25/2008 | Ï 26 | ORDER granting 18 Defendants' Motion to Change Transfer Case to the Northern District of Illinois. Signed by Judge James A Teilborg on 6/25/08.(LSP) (Entered: 06/25/2008) |
| 06/26/2008 | Ï 27 | MOTION to Consolidate Cases Pursuant to FRCP 42(a) and Brief in Support by Nasser Bashiri, Nancy Bashiri. (DNH) (Entered: 06/27/2008) |
| 06/30/2008 | Ï 28 | ORDER denying 27 Motion to Consolidate Cases. Signed by Judge James A Teilborg on 06/30/08.(DNH) (Entered: 06/30/2008) |