UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NASSER BASHIRI and<br>NANCY BASHIRI,<br>    Plaintiff,<br><br>vs.<br><br>VINCENT SADLER, individually,<br>RICHARD T. REIBMAN, individually,<br>and SCHWARTZ COOPER<br>CHARTERED,<br>    Defendants. | CASE NO. CV 08C 3839<br><br>HONORABLE BLANCHE M. MANNING<br><br><br>NOTICE OF PLAINTIFF'S CHANGE<br>OF ADDRESS |

### NOTICE OF PLAINTIFF'S CHANGE OF ADDRESS

Nasser Bashiri and Nancy Bashiri hereby request on this 8th day of July, 2008 that a change be made to their address, which currently appears in the docket as 21911 N. 36th St., Phoenix, AZ 85050 to the following:

20750 N. 87th St.

Unit 1054

Scottsdale, AZ  85255

Respectfully submitted,

*Nasser Bashiri*
*Nancy Bashiri*

Nasser and Nancy Bashiri
20750 N. 87th St.
Unit 1054
Scottsdale, AZ  85255
501-762-2525

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of July 2008, a true and complete copy of the above and foregoing CHANGE OF DEBTORS' ADDRESS in regards to United States District Court, Northern District of Illinios, Case No. 08 C 3839 was served upon the following by Deposit in the U.S. Mail:

Contantino Flores, Esq.
Bankruptcy Trustee
P.O. Box 511
Phoenix, AZ  85001-0511

Kevin C. McCoy
ALLEN, SALA & BAYNE, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona  85004

Margaret A. Gillespie
Collins, May, Potenza, Baran & Gillespie, PC
201 N. Central, Suite 2210
Phoenix, Arizona 85004

*Nasser Bashiri*
*Nancy Bashiri*
Nasser and Nancy Bashiri
20750 N. 87th St.
Unit 1054
Scottsdale, AZ  85255
(501) 762-2525



Nasser & Nancy Bashiri
21911 N. 36th St.
Phoenix, AZ 85050

Honorable Blanche M. Manning
U.S. District Court Room 2334
219 S. Dearborn St.
Chicago, IL 60604