# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3839 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Bashiri, et al. Vs. Sadler, et al. | | |

**DOCKET ENTRY TEXT**

This case was recently transferred to this court from the District of Arizona. The plaintiffs appear to have a pending Chapter 7 bankruptcy case. While the case was pending in Arizona, bankruptcy trustee Constantino Flores filed a notice indicating he intended to intervene to prosecute this action (*See* Doc# 20). The trustee is represented by Thomas Allen and Kevin McCoy, Allen Sala & Bayne, PLC, 1850 N. Central Ave., Suite 1150, Phoenix, AZ 85004. The clerk is directed to forward a copy of this order to counsel for the trustee. The trustee shall advise this court, on or before 8/28/2008, if he still wishes to intervene. The court reminds counsel that it must comply with this court's Local Rules, including the provisions regarding electronic filing and the need to retain local counsel. Status hearing set to 8/28/2008 at 11:00 a.m.

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Order Form (01/2005)    Case 1:08-cv-03839    Document 31    Filed 08/07/2008    Page 1 of 1

08C3839 Bashiri, et al. Vs. Sadler, et al.      Page 1 of 1