M HN

# Dykema

**FILED**
AUG 26 2008
8-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606

WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (312) 627-2302

**Richard T. Reibman**
Direct Dial: (312) 627-2278
Email: RREIBMAN@DYKEMA.COM

August 22, 2008

Honorable Blanche M. Manning
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60606

Re:   Bashiri et al. v. Sadler et al. – Case No. 08-CV-03839

Your Honor:

We represent the Defendants in the above-captioned lawsuit which was transferred to this court from the U.S. District Court in Arizona.

On August 7, 2007, your Honor issued an order requiring the trustee to advise the court by August 28, 2008 if he still wishes to intervene. Your Honor set a status hearing on August 28, 2008 at 11:00 a.m. This is to advise your Honor that the case has been settled in principle. A settlement agreement has been signed and a stipulation to dismiss has also been signed by all of the parties. However, the trustee believes that the settlement documents require approval of the Bankruptcy Court before they can be filed with this court.

Accordingly, we ask that your Honor continue the status hearing for 30 days, until September 29, 2008. By that time, we expect to receive approval of the settlement from the bankruptcy court, and if so, we will proceed to file the stipulation to dismiss in this court. If for any reason the settlement is not approved, we will advise your Honor at the September status. We hope to hear from your staff as to whether this is acceptable. Thank you.

Sincerely,

DYKEMA GOSSETT PLLC

Richard T. Reibman

RTRE:sd
Cc:  Kevin McCoy, Esq.
     Nasser Bashiri
     Nancy Bashiri

California | Illinois | Michigan | Texas | Washington D.C.

CHICAGO\2502788.1